#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| ANNA DOBROWSOLSKI, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-01446 |
| INSTANT CHECKMATE, INC., | ) ) | Honorable Edmond Chang |
| Defendant. | ) ) | Magistrate Judge Jeffrey Gilbert |

### NOTICE OF MOTION

To: Benjamin H. Richman/Ari Scharg
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654

**PLEASE TAKE NOTICE** that on Tuesday, March 7, 2017, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Edmond Chang, or any judge sitting in his stead, in Room 2119, the courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present the **JOINT MOTION FOR EXTENSION OF TIME AND TO RESET INITIAL STATUS CONFERENCE**.

Dated: March 2, 2017  Respectfully submitted:

By: /s/ Natalie J. Spears

Natalie J. Spears
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
Fax: (312) 876-7934
natalie.spears@dentons.com
*One of the attorneys for Defendant Instant Checkmate, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Natalie J. Spears, an attorney, hereby certify that I have caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on March 2, 2017.

                                                            /s/ Natalie J. Spears