UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Anna Dobrowolski
                Plaintiff,

v.                                      Case No.: 1:17–cv–01446
                                             Honorable Edmond E. Chang

Instant Checkmate, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 3, 2017:

        MINUTE entry before the Honorable Edmond E. Chang: The agreed extension motion [9] to answer or respond to the complaint is granted to 04/17/2017. The initial status hearing is reset from 03/09/2017 to 04/24/217 at 10:00 a.m., with the joint initial status report due on 04/17/2017. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.